IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00033-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    PAUL HERNANDEZ,

       Defendant.

---

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a probation violation hearing regarding Defendant Hernandez is set **Monday, April 22, 2013 at 10:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: March 18, 2013